IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ALAS-FUENTES,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBIN BARRETT, ET AL.,<br><br>          Defendants. | No. C14-04030 CRB<br><br>**ORDER DISMISSING COMPLAINT AS MOOT** |

The Court is in receipt of Plaintiff Mario Alas-Fuentes's Motion to Withdraw Complaint as Moot. Mot. (dkt. 8). As alleged therein, Alas-Fuentes was physically removed from the United States on October 22, 2014. Therefore, the relief sought in Alas-Fuentes's Complaint for Mandamus (dkt. 1) cannot be granted and his case is rendered moot. Alas-Fuentes filed neither a notice of dismissal nor a stipulation of dismissal. See Fed. R. Civ. P. 41(a)(1). Accordingly, and for good cause appearing, the Court DISMISSES Alas-Fuentes's Complaint as moot. Fed. R. Civ. P. 41(a)(2).

**IT IS SO ORDERED.**

Dated: December 2, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE